**In re Donald V. LABRUZZO, Carlos Camarillo and Plasticos Promex, USA, Inc.**

No. 08–05–00204–CV.

Court of Appeals of Texas, El Paso.

July 7, 2005.

Rehearing Overruled Aug. 10, 2005.

Corey W. Haugland, James, Goldman & Haugland, P.C., El Paso, for relators.

Steven L. Hughes, Mounce, Green, Myers, Safi & Galatzan, El Paso, for real party in interest Juan Alvarez a/k/a Juan Alvarez Gottwald.

Before BARAJAS, C.J., McCLURE, and CHEW, JJ.

## *OPINION ON PETITION FOR WRIT OF MANDAMUS*

**DAVID WELLINGTON CHEW,** Justice.

Relators, Donald V. Labruzzo, Carlos Camarillo and Plasticos Promex USA, Inc., ask this Court to issue a writ of mandamus against the Honorable Luis Aguilar, Judge of the 120th District Court of El Paso County. Mandamus will lie only to correct a clear abuse of discretion. *Walker v. Packer,* 827 S.W.2d 833, 840 (Tex. 1992)(orig. proceeding). Moreover, there must be no other adequate remedy at law. *Id.* In resolving issues presented in the context of an original mandamus proceeding, an appellate court may not deal with disputed matters of fact. *Hooks v. Fourth Court of Appeals,* 808 S.W.2d 56, 60 (Tex. 1991). Based on the record before us, we are unable to conclude that Respondent clearly abused his discretion. Accordingly, we deny mandamus relief. *See* Tex. R.App.P. 52.8(a). Further, the emergency stay order entered on June 22, 2005 is lifted.